Cameron W. Carr (SBN 258884)
Legal Helpers, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Telephone: 866-339-1156
Fax: 415-986-1850
Email: cwc@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Angielenna Jones, | CASE NO.: 3:11-cv-1767-JCS |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Scott Lowery Law Offices, P.C. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:   /s/ Cameron W. Carr
     Cameron W. Carr (SBN 258884)
     *Attorney for Plaintiff*

Notice of Dismissal- 1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2011, the above Request was filed through the Court's electronic filing system.  The following party was served by placing a copy of the same in the U.S. Mail on June 13, 2011:

P. Scott Lowery P.C.
4500 Cherry Creek Drive South, Suite 700
Denver, Colorado  80246

/s/ Cameron W. Carr